UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LINDA KOENIG,<br>    Plaintiff | §<br>§<br>§ |
| vs. | § CIVIL ACTION NO. C-05-35<br>§ |
| DEPARTMENT OF THE NAVY,<br>    Defendant | §<br>§<br>§ |

## FINAL JUDGMENT

A final judgment dismissing plaintiff's claims with prejudice is entered.

ORDERED this 29th day of December, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE